UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------
EUGENE SCALIA, Secretary of Labor, United States    :
Department of Labor,

                                                                          :

                     Plaintiff,

                     v.                                   :
                                                          No. 2:20-CV-17785
ERNIE'S AUTO DETAILING INC. and ERNESTO    :
DECENA a/k/a BUENAVENTURA E. DECENA,
individually,                                          :

                    Defendants.           :
-------------------------------------------------------------------

## DECLARATION OF SERVICE

       Pursuant to 28 U.S.C. § 1746, I, AMY TAI, declare under penalty of perjury that the following is true and correct:

       1.        I am a Senior Trial Attorney at the Office of the Solicitor, U.S. Department of Labor, 201 Varick Street, Room 983, New York, New York 10014.

       2.        On December 11, 2020, pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, I served the summonses for Defendants Ernie's Auto Detailing Inc. and Ernesto Decena a/k/a Buenaventura E. Decena, together with the Complaint (ECF No. 1) and Exhibit A (ECF No. 1-1), by emailing them to Noel Tripp, an attorney of Jackson Lewis P.C., at noel.tripp@jacksonlewis.com.

       3.        Attorney Tripp is an attorney for Defendants and is authorized to accept service of the summons and complaint on their behalf. Attorney Tripp has consented to accept electronic service of the summons and complaint.

DATED:      December 11, 2020
                 New York, New York

                                        KATE S. O'SCANNLAIN
                                        Solicitor of Labor

                                        JEFFREY S. ROGOFF
                                        Regional Solicitor

                                        /s Amy Tai
                                        AMY TAI
                                        Senior Trial Attorney
                                        U.S. Department of Labor
                                        Office of the Solicitor
                                        201 Varick Street, Room 983
                                        New York, NY 10014
                                        Tel: 646.264.3653
                                        Fax: 646.264.3660
                                        Tai.amy@dol.gov
                                        NY-SOL-ECF@dol.gov

                                        *Attorneys for Plaintiff Secretary of Labor Eugene Scalia*