UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**ERNIE'S AUTO DETAILING INC.,** *et al.*,<br><br>　　　　Defendants. | No. 20-cv-17785 (KM)(ESK)<br><br>ORDER |

　　This matter having come before the Court on the Report and Recommendation ("R&R") (DE 75) of the Honorable Edward S. Kiel, United States Magistrate Judge, recommending that plaintiff's motion for sanctions (DE 71) be granted, defendants' answers be stricken, and default be entered against defendants;

　　AND IT APPEARING that no party has filed an objection to the R&R;

　　AND IT FURTHER APPEARING that the Court, having considered all the foregoing and reviewed *de novo* the Magistrate Judge's R&R, finds no clear error of fact, abuse of discretion, or error of law, and agrees with Judge Kiel's well-reasoned analysis;

　　AND THE COURT having decided the matter without oral argument; for good cause shown, and for the reasons stated in the R&R:

　　**IT IS** this 30th day of December, 2022,

　　**ORDERED** that Judge Kiel's Report and Recommendation (DE 75) is **ADOPTED**; and it is further

**ORDERED** that plaintiff's motion for sanctions (DE 71) is **GRANTED**, defendants' answers are stricken, and default shall be entered against defendants.

/s/ Kevin McNulty

_____

**Hon. Kevin McNulty**
**United States District Judge**