# EXHIBIT 8

**Exhibit 8**
**Pennsylvania Computations**

| Week Ending Date | Name | Hourly Rate | Hours/ Week | State Minimum Wage | Section 7: Regular Rate Due | Section 7: Half-Time Due | Total Section 7 Overtime Back Wages Due |
|---|---|---|---|---|---|---|---|
| 9/1/2019 | Angel Alamo | $10.00 | 55.90 | $ 7.25 | | $ 79.50 | $ 79.50 |
| 9/8/2019 | Angel Alamo | $10.00 | 53.95 | $ 7.25 | | $ 69.75 | $ 69.75 |
| 9/15/2019 | Angel Alamo | $10.00 | 65.02 | $ 7.25 | | $ 125.08 | $ 125.08 |
| 9/22/2019 | Angel Alamo | $10.00 | 61.83 | $ 7.25 | | $ 109.17 | $ 109.17 |
| 9/29/2019 | Angel Alamo | $10.00 | 52.25 | $ 7.25 | | $ 61.25 | $ 61.25 |
| 10/6/2019 | Angel Alamo | $10.00 | 51.18 | $ 7.25 | | $ 55.92 | $ 55.92 |
| 10/13/2019 | Angel Alamo | $10.00 | 62.98 | $ 7.25 | | $ 114.92 | $ 114.92 |
| 10/20/2019 | Angel Alamo | $11.00 | 48.87 | $ 7.25 | | $ 48.77 | $ 48.77 |
| 10/27/2019 | Angel Alamo | $11.00 | 54.78 | $ 7.25 | | $ 81.31 | $ 81.31 |
| 11/10/2019 | Angel Alamo | $11.00 | 59.23 | $ 7.25 | | $ 105.78 | $ 105.78 |
| 11/17/2019 | Angel Alamo | $11.00 | 48.87 | $ 7.25 | | $ 48.77 | $ 48.77 |
| 12/1/2019 | Angel Alamo | $11.00 | 49.48 | $ 7.25 | | $ 52.16 | $ 52.16 |
| 12/8/2019 | Angel Alamo | $11.00 | 50.83 | $ 7.25 | | $ 59.58 | $ 59.58 |
| 12/15/2019 | Angel Alamo | $10.00 | 62.82 | $ 7.25 | | $ 114.08 | $ 114.08 |
| 12/22/2019 | Angel Alamo | $10.00 | 66.50 | $ 7.25 | | $ 132.50 | $ 132.50 |
| 12/29/2019 | Angel Alamo | $10.00 | 48.77 | $ 7.25 | | $ 43.83 | $ 43.83 |
| 1/5/2020 | Angel Alamo | $10.00 | 40.85 | $ 7.25 | | $ 4.25 | $ 4.25 |
| 1/12/2020 | Angel Alamo | $10.00 | 66.53 | $ 7.25 | | $ 132.67 | $ 132.67 |
| 1/19/2020 | Angel Alamo | $10.00 | 53.07 | $ 7.25 | | $ 65.33 | $ 65.33 |
| 1/26/2020 | Angel Alamo | $10.00 | 64.50 | $ 7.25 | | $ 122.50 | $ 122.50 |
| 4/28/2019 | Arnaldo J. Rivera | $10.00 | 44.42 | $ 7.25 | | $ 22.08 | $ 22.08 |
| 5/5/2019 | Arnaldo J. Rivera | $10.00 | 66.98 | $ 7.25 | | $ 134.92 | $ 134.92 |
| 5/12/2019 | Arnaldo J. Rivera | $10.00 | 46.75 | $ 7.25 | | $ 33.75 | $ 33.75 |
| 3/17/2019 | Danilo Santana | $12.50 | 58.28 | $ 7.25 | | $ 114.27 | $ 114.27 |
| 3/24/2019 | Danilo Santana | $12.50 | 51.88 | $ 7.25 | | $ 74.27 | $ 74.27 |
| 3/31/2019 | Danilo Santana | $12.50 | 56.17 | $ 7.25 | | $ 101.04 | $ 101.04 |
| 4/7/2019 | Danilo Santana | $12.50 | 65.72 | $ 7.25 | | $ 160.73 | $ 160.73 |
| 4/14/2019 | Danilo Santana | $12.50 | 65.30 | $ 7.25 | | $ 158.13 | $ 158.13 |
| 4/21/2019 | Danilo Santana | $12.50 | 57.62 | $ 7.25 | | $ 110.10 | $ 110.10 |
| 5/5/2019 | Danilo Santana | $12.50 | 65.43 | $ 7.25 | | $ 158.96 | $ 158.96 |
| 5/12/2019 | Danilo Santana | $12.50 | 66.68 | $ 7.25 | | $ 166.77 | $ 166.77 |
| 5/26/2019 | Danilo Santana | $12.50 | 67.22 | $ 7.25 | | $ 170.10 | $ 170.10 |
| 9/8/2019 | David Cabrera | $10.00 | 61.18 | $ 7.25 | | $ 105.92 | $ 105.92 |
| 9/15/2019 | David Cabrera | $10.00 | 52.92 | $ 7.25 | | $ 64.58 | $ 64.58 |
| 9/22/2019 | David Cabrera | $10.00 | 61.35 | $ 7.25 | | $ 106.75 | $ 106.75 |
| 9/29/2019 | David Cabrera | $10.00 | 40.30 | $ 7.25 | | $ 1.50 | $ 1.50 |
| 10/6/2019 | David Cabrera | $10.00 | 55.65 | $ 7.25 | | $ 78.25 | $ 78.25 |
| 10/13/2019 | David Cabrera | $10.00 | 57.27 | $ 7.25 | | $ 86.33 | $ 86.33 |
| 10/20/2019 | David Cabrera | $11.00 | 50.38 | $ 7.25 | | $ 57.11 | $ 57.11 |
| 10/27/2019 | David Cabrera | $11.00 | 44.02 | $ 7.25 | | $ 22.09 | $ 22.09 |
| 11/3/2019 | David Cabrera | $11.00 | 58.50 | $ 7.25 | | $ 101.75 | $ 101.75 |
| 11/17/2019 | David Cabrera | $11.00 | 54.77 | $ 7.25 | | $ 81.22 | $ 81.22 |
| 11/24/2019 | David Cabrera | $11.00 | 51.08 | $ 7.25 | | $ 60.96 | $ 60.96 |
| 12/1/2019 | David Cabrera | $11.00 | 47.28 | $ 7.25 | | $ 40.06 | $ 40.06 |
| 12/8/2019 | David Cabrera | $11.00 | 54.67 | $ 7.25 | | $ 80.67 | $ 80.67 |
| 12/15/2019 | David Cabrera | $10.00 | 62.75 | $ 7.25 | | $ 113.75 | $ 113.75 |

1

**Exhibit 8**
**Pennsylvania Computations**

| Week Ending Date | Name | Hourly Rate | Hours/ Week | State Minimum Wage | Section 7: Regular Rate Due | Section 7: Half-Time Due | Total Section 7 Overtime Back Wages Due |
|---|---|---|---|---|---|---|---|
| 12/22/2019 | David Cabrera | $10.00 | 42.87 | $ 7.25 | | $ 14.33 | $ 14.33 |
| 1/19/2020 | David Cabrera | $10.00 | 45.03 | $ 7.25 | | $ 25.17 | $ 25.17 |
| 1/26/2020 | David Cabrera | $10.00 | 40.13 | $ 7.25 | | $ 0.67 | $ 0.67 |
| 4/28/2019 | Isachar Mendez | $9.50 | 68.60 | $ 7.25 | | $ 135.85 | $ 135.85 |
| 7/7/2019 | Joshua Gilbert | $10.00 | 41.52 | $ 7.25 | | $ 7.58 | $ 7.58 |
| 7/28/2019 | Joshua Gilbert | $10.00 | 44.97 | $ 7.25 | | $ 24.83 | $ 24.83 |
| 8/11/2019 | Joshua Gilbert | $10.00 | 61.02 | $ 7.25 | | $ 105.08 | $ 105.08 |
| 8/18/2019 | Joshua Gilbert | $10.00 | 43.05 | $ 7.25 | | $ 15.25 | $ 15.25 |
| 7/7/2019 | Julian Gilbert | $10.00 | 41.52 | $ 7.25 | | $ 7.58 | $ 7.58 |
| 7/21/2019 | Julian Gilbert | $10.00 | 48.08 | $ 7.25 | | $ 40.42 | $ 40.42 |
| 7/28/2019 | Julian Gilbert | $10.00 | 40.15 | $ 7.25 | | $ 0.75 | $ 0.75 |
| 8/11/2019 | Julian Gilbert | $10.00 | 51.22 | $ 7.25 | | $ 56.08 | $ 56.08 |
| 8/18/2019 | Julian Gilbert | $10.00 | 43.03 | $ 7.25 | | $ 15.17 | $ 15.17 |
| 2/24/2019 | Julio Torres | $10.00 | 40.15 | $ 7.25 | | $ 0.75 | $ 0.75 |
| 3/3/2019 | Julio Torres | $10.00 | 57.07 | $ 7.25 | | $ 85.33 | $ 85.33 |
| 3/10/2019 | Julio Torres | $10.00 | 47.15 | $ 7.25 | | $ 35.75 | $ 35.75 |
| 3/17/2019 | Julio Torres | $10.00 | 69.97 | $ 7.25 | | $ 149.83 | $ 149.83 |
| 3/24/2019 | Julio Torres | $10.00 | 62.57 | $ 7.25 | | $ 112.83 | $ 112.83 |
| 4/7/2019 | Julio Torres | $10.00 | 65.25 | $ 7.25 | | $ 126.25 | $ 126.25 |
| 4/14/2019 | Julio Torres | $10.00 | 57.22 | $ 7.25 | | $ 86.08 | $ 86.08 |
| 4/21/2019 | Julio Torres | $10.00 | 46.05 | $ 7.25 | | $ 30.25 | $ 30.25 |
| 4/28/2019 | Julio Torres | $10.00 | 61.70 | $ 7.25 | | $ 108.50 | $ 108.50 |
| 5/5/2019 | Julio Torres | $10.00 | 56.37 | $ 7.25 | | $ 81.83 | $ 81.83 |
| 3/3/2019 | Luis Espada | $12.00 | 57.28 | $ 7.25 | | $ 103.70 | $ 103.70 |
| 3/10/2019 | Luis Espada | $12.00 | 63.32 | $ 7.25 | | $ 139.90 | $ 139.90 |
| 3/17/2019 | Luis Espada | $12.00 | 57.25 | $ 7.25 | | $ 103.50 | $ 103.50 |
| 3/24/2019 | Luis Espada | $12.00 | 44.07 | $ 7.25 | | $ 24.40 | $ 24.40 |
| 5/5/2019 | Luis Espada | $12.00 | 48.73 | $ 7.25 | | $ 52.40 | $ 52.40 |
| 5/19/2019 | Luis Espada | $12.00 | 47.88 | $ 7.25 | | $ 47.30 | $ 47.30 |
| 8/25/2019 | Luis Espada | $12.00 | 49.35 | $ 7.25 | | $ 56.10 | $ 56.10 |
| 9/15/2019 | Luis Espada | $12.00 | 65.70 | $ 7.25 | | $ 154.20 | $ 154.20 |
| 9/22/2019 | Luis Espada | $12.00 | 57.87 | $ 7.25 | | $ 107.20 | $ 107.20 |
| 9/29/2019 | Luis Espada | $12.00 | 51.43 | $ 7.25 | | $ 68.60 | $ 68.60 |
| 10/6/2019 | Luis Espada | $12.00 | 58.57 | $ 7.25 | | $ 111.40 | $ 111.40 |
| 10/13/2019 | Luis Espada | $12.00 | 42.20 | $ 7.25 | | $ 13.20 | $ 13.20 |
| 7/14/2019 | Luis Morales | $10.00 | 52.27 | $ 7.25 | | $ 61.33 | $ 61.33 |
| 7/21/2019 | Luis Morales | $10.00 | 46.92 | $ 7.25 | | $ 34.58 | $ 34.58 |
| 7/28/2019 | Luis Morales | $10.00 | 61.67 | $ 7.25 | | $ 108.33 | $ 108.33 |
| 8/4/2019 | Luis Morales | $10.00 | 66.53 | $ 7.25 | | $ 132.67 | $ 132.67 |
| 8/18/2019 | Luis Morales | $10.00 | 64.75 | $ 7.25 | | $ 123.75 | $ 123.75 |
| 8/25/2019 | Luis Morales | $10.00 | 66.65 | $ 7.25 | | $ 133.25 | $ 133.25 |
| 9/1/2019 | Luis Morales | $10.00 | 44.02 | $ 7.25 | | $ 20.08 | $ 20.08 |
| 9/8/2019 | Luis Morales | $10.00 | 61.10 | $ 7.25 | | $ 105.50 | $ 105.50 |
| 9/15/2019 | Luis Morales | $10.00 | 43.58 | $ 7.25 | | $ 17.92 | $ 17.92 |
| 9/22/2019 | Luis Morales | $10.00 | 63.63 | $ 7.25 | | $ 118.17 | $ 118.17 |
| 9/29/2019 | Luis Morales | $10.00 | 54.57 | $ 7.25 | | $ 72.83 | $ 72.83 |

2

**Exhibit 8**
**Pennsylvania Computations**

| Week Ending Date | Name | Hourly Rate | Hours/ Week | State Minimum Wage | Section 7: Regular Rate Due | Section 7: Half-Time Due | Total Section 7 Overtime Back Wages Due |
|---|---|---|---|---|---|---|---|
| 10/13/2019 | Luis Morales | $10.00 | 51.32 | $ 7.25 | | $ 56.58 | $ 56.58 |
| 10/20/2019 | Luis Morales | $11.00 | 59.28 | $ 7.25 | | $ 106.06 | $ 106.06 |
| 11/3/2019 | Luis Morales | $11.00 | 58.52 | $ 7.25 | | $ 101.84 | $ 101.84 |
| 11/10/2019 | Luis Morales | $11.00 | 45.55 | $ 7.25 | | $ 30.53 | $ 30.53 |
| 11/17/2019 | Luis Morales | $11.00 | 59.63 | $ 7.25 | | $ 107.98 | $ 107.98 |
| 11/24/2019 | Luis Morales | $11.00 | 48.72 | $ 7.25 | | $ 47.94 | $ 47.94 |
| 12/1/2019 | Luis Morales | $11.00 | 50.20 | $ 7.25 | | $ 56.10 | $ 56.10 |
| 12/8/2019 | Luis Morales | $11.00 | 49.80 | $ 7.25 | | $ 53.90 | $ 53.90 |
| 12/15/2019 | Luis Morales | $10.00 | 52.30 | $ 7.25 | | $ 61.50 | $ 61.50 |
| 12/22/2019 | Luis Morales | $10.00 | 43.78 | $ 7.25 | | $ 18.92 | $ 18.92 |
| 1/19/2020 | Luis Morales | $10.00 | 67.68 | $ 7.25 | | $ 138.42 | $ 138.42 |
| 1/26/2020 | Luis Morales | $10.00 | 50.33 | $ 7.25 | | $ 51.67 | $ 51.67 |
| 9/22/2019 | Migdoel Morales Cruz | $10.00 | 63.73 | $ 7.25 | | $ 118.67 | $ 118.67 |
| 9/29/2019 | Migdoel Morales Cruz | $10.00 | 41.02 | $ 7.25 | | $ 5.08 | $ 5.08 |
| 10/27/2019 | Migdoel Morales Cruz | $11.00 | 48.92 | $ 7.25 | | $ 49.04 | $ 49.04 |
| 11/10/2019 | Migdoel Morales Cruz | $11.00 | 49.45 | $ 7.25 | | $ 51.98 | $ 51.98 |
| 11/17/2019 | Migdoel Morales Cruz | $11.00 | 49.13 | $ 7.25 | | $ 50.23 | $ 50.23 |
| 12/8/2019 | Migdoel Morales Cruz | $11.00 | 60.65 | $ 7.25 | | $ 113.58 | $ 113.58 |
| 12/15/2019 | Migdoel Morales Cruz | $10.00 | 45.48 | $ 7.25 | | $ 27.42 | $ 27.42 |
| 12/22/2019 | Migdoel Morales Cruz | $10.00 | 54.47 | $ 7.25 | | $ 72.33 | $ 72.33 |
| 1/12/2020 | Migdoel Morales Cruz | $10.00 | 46.27 | $ 7.25 | | $ 31.33 | $ 31.33 |
| 1/19/2020 | Migdoel Morales Cruz | $10.00 | 55.33 | $ 7.25 | | $ 76.67 | $ 76.67 |
| 1/26/2020 | Migdoel Morales Cruz | $10.00 | 56.30 | $ 7.25 | | $ 81.50 | $ 81.50 |
| 4/28/2019 | Mike Ruiz | $10.50 | 54.23 | $ 7.25 | | $ 74.73 | $ 74.73 |
| 5/5/2019 | Mike Ruiz | $10.50 | 64.25 | $ 7.25 | | $ 127.31 | $ 127.31 |
| 5/19/2019 | Mike Ruiz | $10.50 | 44.85 | $ 7.25 | | $ 25.46 | $ 25.46 |
| 7/7/2019 | Mike Ruiz | $12.00 | 42.63 | $ 7.25 | | $ 15.80 | $ 15.80 |
| 7/14/2019 | Mike Ruiz | $12.00 | 46.62 | $ 7.25 | | $ 39.70 | $ 39.70 |
| 7/21/2019 | Mike Ruiz | $12.00 | 63.95 | $ 7.25 | | $ 143.70 | $ 143.70 |
| 7/28/2019 | Mike Ruiz | $12.00 | 64.20 | $ 7.25 | | $ 145.20 | $ 145.20 |
| 8/4/2019 | Mike Ruiz | $12.00 | 55.95 | $ 7.25 | | $ 95.70 | $ 95.70 |
| 8/11/2019 | Mike Ruiz | $12.00 | 54.43 | $ 7.25 | | $ 86.60 | $ 86.60 |
| 8/18/2019 | Mike Ruiz | $12.00 | 51.95 | $ 7.25 | | $ 71.70 | $ 71.70 |
| 8/25/2019 | Mike Ruiz | $12.00 | 65.60 | $ 7.25 | | $ 153.60 | $ 153.60 |
| 9/1/2019 | Mike Ruiz | $12.00 | 56.10 | $ 7.25 | | $ 96.60 | $ 96.60 |
| 9/8/2019 | Mike Ruiz | $12.00 | 61.10 | $ 7.25 | | $ 126.60 | $ 126.60 |
| 9/15/2019 | Mike Ruiz | $12.00 | 65.08 | $ 7.25 | | $ 150.50 | $ 150.50 |
| 9/22/2019 | Mike Ruiz | $12.00 | 42.82 | $ 7.25 | | $ 16.90 | $ 16.90 |
| 9/29/2019 | Mike Ruiz | $12.00 | 57.10 | $ 7.25 | | $ 102.60 | $ 102.60 |
| 10/6/2019 | Mike Ruiz | $12.00 | 56.18 | $ 7.25 | | $ 97.10 | $ 97.10 |
| 10/13/2019 | Mike Ruiz | $12.00 | 51.83 | $ 7.25 | | $ 71.00 | $ 71.00 |
| 10/20/2019 | Mike Ruiz | $12.00 | 59.43 | $ 7.25 | | $ 116.60 | $ 116.60 |
| 10/27/2019 | Mike Ruiz | $12.00 | 59.72 | $ 7.25 | | $ 118.30 | $ 118.30 |
| 11/3/2019 | Mike Ruiz | $12.00 | 52.87 | $ 7.25 | | $ 77.20 | $ 77.20 |
| 11/10/2019 | Mike Ruiz | $12.00 | 59.25 | $ 7.25 | | $ 115.50 | $ 115.50 |
| 11/17/2019 | Mike Ruiz | $12.00 | 59.72 | $ 7.25 | | $ 118.30 | $ 118.30 |

**Exhibit 8**
**Pennsylvania Computations**

| Week Ending Date | Name | Hourly Rate | Hours/ Week | State Minimum Wage | Section 7: Regular Rate Due | Section 7: Half-Time Due | Total Section 7 Overtime Back Wages Due |
|---|---|---|---|---|---|---|---|
| 11/24/2019 | Mike Ruiz | $12.00 | 53.38 | $ 7.25 | | $ 80.30 | $ 80.30 |
| 12/1/2019 | Mike Ruiz | $12.00 | 49.50 | $ 7.25 | | $ 57.00 | $ 57.00 |
| 12/8/2019 | Mike Ruiz | $12.00 | 61.35 | $ 7.25 | | $ 128.10 | $ 128.10 |
| 12/15/2019 | Mike Ruiz | $12.00 | 63.02 | $ 7.25 | | $ 138.10 | $ 138.10 |
| 12/22/2019 | Mike Ruiz | $12.00 | 68.70 | $ 7.25 | | $ 172.20 | $ 172.20 |
| 12/29/2019 | Mike Ruiz | $12.00 | 48.62 | $ 7.25 | | $ 51.70 | $ 51.70 |
| 1/5/2020 | Mike Ruiz | $12.00 | 43.10 | $ 7.25 | | $ 18.60 | $ 18.60 |
| 1/12/2020 | Mike Ruiz | $12.00 | 68.80 | $ 7.25 | | $ 172.80 | $ 172.80 |
| 1/19/2020 | Mike Ruiz | $12.00 | 63.43 | $ 7.25 | | $ 140.60 | $ 140.60 |
| 1/26/2020 | Mike Ruiz | $12.00 | 66.40 | $ 7.25 | | $ 158.40 | $ 158.40 |
| 3/3/2019 | Nestro Camacho | $10.00 | 57.05 | $ 7.25 | | $ 85.25 | $ 85.25 |
| 3/10/2019 | Nestro Camacho | $10.00 | 55.05 | $ 7.25 | | $ 75.25 | $ 75.25 |
| 3/17/2019 | Nestro Camacho | $10.00 | 58.72 | $ 7.25 | | $ 93.58 | $ 93.58 |
| 3/24/2019 | Nestro Camacho | $10.00 | 52.53 | $ 7.25 | | $ 62.67 | $ 62.67 |
| 3/31/2019 | Nestro Camacho | $10.00 | 63.67 | $ 7.25 | | $ 118.33 | $ 118.33 |
| 4/7/2019 | Nestro Camacho | $10.00 | 65.32 | $ 7.25 | | $ 126.58 | $ 126.58 |
| 4/14/2019 | Nestro Camacho | $10.00 | 66.13 | $ 7.25 | | $ 130.67 | $ 130.67 |
| 4/21/2019 | Nestro Camacho | $10.00 | 68.67 | $ 7.25 | | $ 143.33 | $ 143.33 |
| 4/28/2019 | Nestro Camacho | $10.00 | 56.58 | $ 7.25 | | $ 82.92 | $ 82.92 |
| 5/5/2019 | Nestro Camacho | $10.00 | 65.95 | $ 7.25 | | $ 129.75 | $ 129.75 |
| 5/12/2019 | Nestro Camacho | $10.00 | 56.77 | $ 7.25 | | $ 83.83 | $ 83.83 |
| 5/19/2019 | Nestro Camacho | $10.00 | 72.10 | $ 7.25 | | $ 160.50 | $ 160.50 |
| 5/26/2019 | Nestro Camacho | $10.00 | 72.25 | $ 7.25 | | $ 161.25 | $ 161.25 |
| 6/2/2019 | Nestro Camacho | $10.00 | 65.18 | $ 7.25 | | $ 125.92 | $ 125.92 |
| 6/9/2019 | Nestro Camacho | $10.00 | 73.80 | $ 7.25 | | $ 169.00 | $ 169.00 |
| 6/16/2019 | Nestro Camacho | $10.00 | 70.78 | $ 7.25 | | $ 153.92 | $ 153.92 |
| 6/23/2019 | Nestro Camacho | $10.00 | 70.72 | $ 7.25 | | $ 153.58 | $ 153.58 |
| 6/30/2019 | Nestro Camacho | $10.00 | 58.65 | $ 7.25 | | $ 93.25 | $ 93.25 |
| 7/7/2019 | Nestro Camacho | $10.00 | 58.92 | $ 7.25 | | $ 94.58 | $ 94.58 |
| 7/14/2019 | Nestro Camacho | $10.00 | 68.87 | $ 7.25 | | $ 144.33 | $ 144.33 |
| 7/21/2019 | Nestro Camacho | $10.00 | 70.68 | $ 7.25 | | $ 153.42 | $ 153.42 |
| 7/28/2019 | Nestro Camacho | $10.00 | 70.13 | $ 7.25 | | $ 150.67 | $ 150.67 |
| 8/4/2019 | Nestro Camacho | $10.00 | 59.53 | $ 7.25 | | $ 97.67 | $ 97.67 |
| 8/11/2019 | Nestro Camacho | $10.00 | 71.32 | $ 7.25 | | $ 156.58 | $ 156.58 |