# EXHIBIT 9

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/17 - 02/12/19)

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 07/27 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 08/03 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 08/10 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 08/17 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 08/24 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 08/31 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 09/07 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 09/14 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 09/21 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 09/28 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| QTR 3 | | 520.00 | | 4680.00 | | 4680.00 | | S 290.16 / M 67.86 | 403.00 | NY 116.74 | | Disability 7.80 / NY DBL PFL 5.85 | 3788.59 |
| 10/05 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 10/12 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 10/19 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 10/26 | Hourly | 40.00 | | 360.00 | | 360.00 | | 27.54 | 31.00 | 8.98 | | 0.60 / 0.45 | 291.43 |
| 11/02 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| 11/09 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| 11/16 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| 11/23 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| 11/30 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| 12/07 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |

**Cespedes Germoso, Chri...**
PII

DOL003355

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/17 - 02/12/19)

0021 1601-8171 Ernies Auto Detailing Inc

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/14 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| 12/21 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| 12/28 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.80 | 11.02 | | 0.60 / 0.50 | 321.48 |
| QTR 4 | | 520.00 | | 5040.00 | | 5040.00 | | S 312.48 / M 73.08 | 446.20 | NY 135.10 | | Disability 7.80 / NY DBL PFL 6.30 | 4059.04 |
| YTD 2018 | | 2080.00 | | 19080.00 | | 19080.00 | | S 1182.96 / M 276.66 | 1670.00 | NY 485.32 | | NY DBL PFL 23.85 / Disability 31.20 | 15410.01 |
| 01/04 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.50 | 11.02 | | 0.60 / 0.61 | 321.67 |
| 01/11 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.50 | 11.02 | | 0.60 / 0.61 | 321.67 |
| 01/18 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.50 | 11.02 | | 0.60 / 0.61 | 321.67 |
| 01/25 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.50 | 11.02 | | 0.60 / 0.61 | 321.67 |
| 02/01 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.50 | 11.02 | | 0.60 / 0.61 | 321.67 |
| 02/08 | Salary | M40.00 | | 400.00 | | 400.00 | | 30.60 | 35.50 | 11.02 | | 0.60 / 0.61 | 321.67 |
| QTR 1 | | 240.00 | | 2400.00 | | 2400.00 | | S 148.80 / M 34.80 | 213.00 | NY 66.12 | | Disability 3.60 / NY DBL PFL 3.66 | 1930.02 |
| YTD 2019 | | 240.00 | | 2400.00 | | 2400.00 | | S 148.80 / M 34.80 | 213.00 | NY 66.12 | | NY DBL PFL 3.66 / Disability 3.60 | 1930.02 |

**Cespedes Germoso, Chri...**
PII

DOL003356