# EXHIBIT 10

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/17 - 02/12/19)

0021 1601-8171 Ernies Auto Detailing Inc

| | | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | | | | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | PAY |
| 11/16 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.79 | 4.50 | | 0.84 / 1.15 / 0.13 | 262.64 |
| 11/23 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.79 | 4.50 | | 0.84 / 1.15 / 0.13 | 262.64 |
| 11/30 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.79 | 4.50 | | 0.84 / 1.15 / 0.13 | 262.64 |
| 12/07 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.79 | 4.50 | | 0.84 / 1.15 / 0.13 | 262.64 |
| 12/14 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.79 | 4.50 | | 0.84 / 1.15 / 0.13 | 262.64 |
| 12/21 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.79 | 4.50 | | 0.84 / 1.15 / 0.13 | 262.64 |
| 12/28 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.79 | 4.50 | | 0.84 / 1.15 / 0.13 | 262.64 |
| QTR 4 | | 210.00 | | 2100.00 | | 2100.00 | | S 130.20 M 30.45 | 54.53 | NJ 31.50 | | NJSUR 0.91 / Disability 5.88 / NJUI 8.05 | 1838.48 |
| YTD 2018 | | 210.00 | | 2100.00 | | 2100.00 | | S 130.20 M 30.45 | 54.53 | NJ 31.50 | | Disability 5.88 / NJUI 8.05 / NJSUR 0.91 | 1838.48 |
| 01/04 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.31 | 4.50 | | 0.75 / 1.15 / 0.13 | 263.21 |
| 01/11 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.31 | 4.50 | | 0.75 / 1.15 / 0.13 | 263.21 |
| 01/18 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.31 | 4.50 | | 0.75 / 1.15 / 0.13 | 263.21 |
| 01/25 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.31 | 4.50 | | 0.75 / 1.15 / 0.13 | 263.21 |

| | | | |
|---|---|---|---|
| Alcantara Medina, Miguel  PII | ID: 137  Sex: Male  Birthdate:  Hire Date: 11/10/2018  Inactive Date:  Rehire Date: | Term Date:  Pay Frequency: Weekly  Standard Hrs: 30  Rate 1 / Salary: 10.00/Hour  Last Raise Date: | Withholding Method:  Earnings: Deductions: |

**DOL003301**

**EMPLOYEE EARNINGS RECORD**
(Requested Check Dates 01/01/17 - 02/12/19)

0021 1601-8171 Ernies Auto Detailing Inc

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.31 | 4.50 | | 0.75 / 1.15 / 0.13 | 263.21 |
| 02/08 | Hourly | 30.00 | | 300.00 | | 300.00 | | 22.95 | 7.31 | 4.50 | | 0.75 / 1.15 / 0.13 | 263.21 |
| QTR 1 | | 180.00 | | 1800.00 | | 1800.00 | | S 111.60 / M 26.10 | 43.86 | NJ 27.00 | | NJSUR 0.78 / Disability 4.50 / NJUI 6.90 | 1579.26 |
| YTD 2019 | | 180.00 | | 1800.00 | | 1800.00 | | S 111.60 / M 26.10 | 43.86 | NJ 27.00 | | Disability 4.50 / NJUI 6.90 / NJSUR 0.78 | 1579.26 |

Alcantara Medina, Miguel
PII

DOL003302