# EXHIBIT 11

**Exhibit 11**
**Excerpt of TimeStation Records for Week Ending July 8, 2018**

| Employee | Department | Mon 07/02 | Tue 07/03 | Wed 07/04 | Thu 07/05 | Fri 07/06 | Sat 07/07 | Sun 07/08 | Total Hours | Hourly Rate | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Elydania Valdez | Office | 9:00 | 9:00 | 4:40 | 8:58 | 8:50 | 0:00 | 0:00 | 40:28 | 13.00 | 526.11 |
| Emanuel Francisco | Bell Audi | 0:00 | 10:43 | 0:00 | 9:27 | 0:00 | 0:00 | 0:00 | 20:10 | 16.00 | 322.72 |
| Emmanuelle Minaya Rosa | Fette Prep Center | 9:54 | 9:50 | 5:15 | 10:20 | 10:19 | 6:42 | 0:00 | 52:20 | 9.00 | 470.97 |
| Enrique Antonio Rojas Rodriguez | Holman Infiniti, Ford & Lincoln | 12:15 | 11:51 | 5:06 | 12:08 | 8:37 | 11:08 | 0:00 | 61:05 | | |
| Enrique Coreas - Valet | Manhattan Jeep Chrysler and Dodge- Valet | 3:05 | 3:00 | 0:00 | 4:06 | 2:26 | 8:07 | 0:00 | 20:44 | 16.00 | 331.68 |
| Enrique Manuel Villalobos - Valet | Land Rover / Jaguar Huntington | 9:22 | 10:13 | 0:00 | 0:00 | 8:07 | 8:40 | 0:00 | 36:22 | 10.00 | 363.80 |
| Erick Troncoso | Floaters | 7:21 | 0:00 | 0:00 | 7:15 | 8:25 | 0:00 | 0:00 | 23:01 | 10.00 | 230.20 |
| Ernesto Hernandez | Mahwah Honda | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 9:45 | 0:00 | 9:45 | 10.00 | 97.50 |
| Ernesto Sam Maquin | Prestige Toyota-NY/Hyundai | 11:44 | 10:11 | 0:00 | 11:47 | 10:16 | 9:06 | 0:00 | 53:04 | 11.00 | 583.66 |
| Errol Campbell | DCH Ford Eatontown | 9:04 | 9:49 | 3:59 | 9:54 | 8:53 | 8:12 | 0:00 | 49:51 | 12.00 | 598.20 |
| Ervin Nazario | Land Rover Glen Cove | 10:30 | 10:27 | 0:00 | 10:27 | 10:28 | 8:58 | 0:00 | 50:50 | 10.00 | 508.40 |
| Esau De Jesus Alvarado Alegria | BMW of Bloomfield/Shop | 2:26 | 9:57 | 0:00 | 10:54 | 11:03 | 10:29 | 0:00 | 44:49 | 12.00 | 537.72 |
| Esmerlin Perez Popoter | Mercedes-Benz of Orange County | 10:48 | 10:21 | 0:00 | 8:00 | 10:42 | 9:01 | 0:00 | 48:52 | 9.50 | 464.27 |
| Estanislao Pierrot | BRAM - Warehouse (Drivers) | 10:52 | 12:38 | 0:00 | 12:20 | 11:39 | 5:42 | 0:00 | 53:11 | 11.50 | 611.57 |
| Esteban Fierro | Gateway Toyota | 12:51 | 12:15 | 9:18 | 12:26 | 12:12 | 10:11 | 0:00 | 69:13 | 10.50 | 726.71 |
| Eulalee Campbell | Office | 3:50 | 4:32 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 8:22 | 12.00 | 100.32 |
| Euripides Rodriguez | BRAM - Warehouse (Drivers) | 11:19 | 11:50 | 0:00 | 10:03 | 12:29 | 6:17 | 0:00 | 51:58 | 10.00 | 519.60 |
| Ever Gutierrez | BMW of Bridgeport | 11:19 | 11:30 | 0:00 | 10:22 | 10:24 | 11:14 | 0:00 | 54:49 | 11.50 | 630.43 |
| Ever Rivera - Assistant Manager | Land Rover / Jaguar Huntington | 11:04 | 10:47 | 0:00 | 11:01 | 10:58 | 9:56 | 0:00 | 53:46 | 17.50 | 940.98 |
| Eymond A. Feliz | BRAM - Warehouse (Drivers) | 0:00 | 12:43 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 12:43 | | |
| Ezequiel Chavez | Lexus of Manhattan Detailer | 11:31 | 10:34 | 0:00 | 10:16 | 11:30 | 8:35 | 0:00 | 52:26 | 10.00 | 524.40 |
| Fabio Nelson Cortes | White Plains Honda | 11:57 | 12:14 | 0:00 | 12:28 | 11:07 | 8:47 | 0:00 | 56:33 | 9.50 | 537.23 |
| Fabio Rodriguez | Bay Ridge Honda | 11:17 | 11:00 | 0:00 | 10:01 | 10:05 | 8:26 | 0:00 | 50:49 | 9.00 | 457.29 |
| Fausto Jose Martinez | Bay Ridge Audi Prep Center | 11:06 | 10:16 | 0:00 | 9:59 | 10:24 | 9:19 | 0:00 | 51:04 | 11.50 | 587.31 |
| Felipe Contreras | BRAM - Warehouse (Drivers) | 10:47 | 12:36 | 0:00 | 9:18 | 13:18 | 5:46 | 0:00 | 51:45 | 13.00 | 672.75 |
| Fernando Rodriguez | Mercedes-Benz Benzel Busch | 10:02 | 10:01 | 0:00 | 10:01 | 10:01 | 9:02 | 0:00 | 49:07 | 10.66 | 523.62 |
| Francis Alberto Rojas | Manheim (Skyline) | 10:14 | 8:20 | 0:00 | 9:31 | 9:30 | 5:27 | 0:00 | 43:02 | 14.00 | 602.42 |
| Francisco A. Marte | BRAM - Warehouse (Drivers) | 11:19 | 11:50 | 0:00 | 10:03 | 12:28 | 6:09 | 0:00 | 51:49 | 11.00 | 570.02 |
| Francisco A. Pena | DCH Brunswick Toyota | 9:55 | 7:18 | 9:14 | 12:00 | 9:00 | 9:01 | 0:00 | 56:28 | 11.00 | 621.17 |
| Francisco Alejandro Smith Uniera | Mercedes-Benz of Caldwell | 10:00 | 9:38 | 0:00 | 9:57 | 8:01 | 9:16 | 0:00 | 46:52 | 11.00 | 515.57 |
| Francisco Pantaleon | Bay Ridge Honda | 13:01 | 12:58 | 0:00 | 13:01 | 12:05 | 12:04 | 8:41 | 71:50 | 13.50 | 969.84 |
| Franklin Mercedes | Mahwah Chrysler Dodge/Jeep | 0:00 | 0:00 | 0:00 | 8:13 | 0:00 | 0:00 | 0:00 | 8:13 | 12.00 | 98.64 |
| Franklyn Decena | BRAM - Warehouse | 0:00 | 11:04 | 0:00 | 12:01 | 10:02 | 5:45 | 0:00 | 38:52 | 11.00 | 427.57 |
| Gabriel A. Nova | Hudson Toyota | 12:13 | 6:35 | 12:51 | 10:25 | 11:42 | 11:35 | 0:00 | 65:21 | 9.00 | 588.15 |
| Gabriel Rodriguez | Rallye BMW | 10:28 | 10:36 | 5:34 | 11:17 | 10:22 | 8:37 | 0:00 | 56:54 | 10.50 | 597.56 |
| Ganesh Dalchan | Mercedes-Benz Manhattan (North Bergen) | 9:47 | 10:24 | 0:00 | 10:09 | 9:55 | 0:00 | 0:00 | 40:15 | 10.00 | 402.50 |
| Genaro Arier Fabian Moran | Mercedes-Benz of Brooklyn | 12:04 | 12:10 | 0:00 | 11:30 | 11:20 | 9:29 | 0:00 | 56:33 | 9.50 | 537.23 |
| Genaro Jimenez | Route 23 Honda | 8:19 | 7:27 | 7:16 | 8:52 | 9:38 | 8:44 | 0:00 | 50:16 | 12.50 | 628.38 |
| Gerson Antonio Quintanilla | DCH Ford Eatontown | 14:12 | 13:54 | 6:05 | 13:47 | 12:46 | 11:29 | 0:00 | 72:13 | 10.00 | 722.10 |
| Gerson Vasquez - Car Washer/Detailer | Queens Volkswagen | 12:41 | 10:19 | 0:00 | 10:08 | 9:40 | 10:43 | 0:00 | 53:31 | 10.00 | 535.20 |
| Gileno Moura | Mercedes-Benz Manhattan | 11:25 | 11:13 | 0:00 | 11:11 | 9:14 | 0:00 | 0:00 | 43:03 | 13.00 | 559.52 |
| Giovanni Morales - Car Wash | Mercedes-Benz of Brooklyn | 12:28 | 9:45 | 0:00 | 12:10 | 11:02 | 10:11 | 0:00 | 55:36 | 13.00 | 722.80 |
| Gregorio Castro | Mercedes-Benz Manhattan | 9:52 | 9:49 | 0:00 | 8:12 | 9:36 | 0:00 | 0:00 | 37:29 | 10.00 | 374.90 |
| Guillermo Sierra | Madison Honda | 0:00 | 0:00 | 0:00 | 0:00 | 13:11 | 11:23 | 0:00 | 24:34 | 11.00 | 270.16 |
| Harold Huff | Circle BMW | 0:00 | 9:50 | 0:00 | 9:57 | 9:50 | 6:55 | 0:00 | 36:32 | 9.50 | 347.04 |
| Harold Josue Eusebio | Metro Honda | 0:00 | 1:49 | 11:21 | 11:02 | 12:12 | 12:08 | 0:00 | 48:32 | 11.50 | 558.10 |
| Heriberto Morales | DCH Brunswick Toyota | 6:07 | 9:25 | 6:03 | 9:31 | 9:58 | 8:02 | 0:00 | 49:06 | 12.00 | 589.32 |
| Hernan Campos | Lexus of Route 10 | 0:00 | 11:30 | 4:58 | 11:30 | 11:36 | 10:01 | 0:00 | 49:35 | 15.00 | 743.85 |
| Horacio Elmer Ortiz Torres | Joe Heidt Motors | 13:00 | 11:40 | 0:00 | 10:12 | 10:05 | 0:00 | 0:00 | 44:57 | 10.00 | 449.50 |
| Hugo Martinez | BMW of Bloomfield/Shop | 9:44 | 10:03 | 0:00 | 9:21 | 9:37 | 9:40 | 0:00 | 48:25 | 10.00 | 484.20 |
| I-God Riley | Circle BMW | 10:53 | 9:41 | 0:00 | 9:59 | 9:44 | 6:06 | 0:00 | 46:23 | 9.50 | 440.52 |
| Ignacio Gonzalez Pena | Hudson Toyota | 15:58 | 15:43 | 12:51 | 15:36 | 23:52 | 13:45 | 0:00 | 97:45 | 10.00 | 977.60 |
| Ignacio Monterroso | BMW Service Center | 10:19 | 10:19 | 0:00 | 10:21 | 10:00 | 8:00 | 0:00 | 48:59 | 10.00 | 489.90 |
| **Isaac Morales Barranco** | **Gateway Toyota** | **12:51** | **12:14** | **9:16** | **12:26** | **12:11** | **10:10** | **0:00** | **69:08** | **10.00** | **691.30** |
| Isael Cueto | BRAM - Warehouse | 10:00 | 10:00 | 0:00 | 10:00 | 9:58 | 6:15 | 0:00 | 46:13 | 10.50 | 485.31 |
| Israel Morales - Valet Manager | Mercedes-Benz of Brooklyn Valet | 7:40 | 8:13 | 0:00 | 9:23 | 0:00 | 6:55 | 0:00 | 32:11 | 20.00 | 643.80 |
| Ivan Matos | Mercedes-Benz Benzel Busch | 9:54 | 9:51 | 0:00 | 10:04 | 9:54 | 8:59 | 0:00 | 48:42 | 10.00 | 487.00 |