# EXHIBIT 12



Account:
Amount:  691.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73444
DIN:  524306076
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306076
ECEItemSeqNum:  3775067918



Account:
Amount:  691.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73444
DIN:  524306076
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306076
ECEItemSeqNum:  3775067918



Account:
Amount:  567.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73568
DIN:  524306811
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306811
ECEItemSeqNum:  3775106813



Account:
Amount:  567.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73568
DIN:  524306811
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306811
ECEItemSeqNum:  3775106813



Account:
Amount:  682.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73543
DIN:  524306816
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306816
ECEItemSeqNum:  3775106815



Account:
Amount:  682.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73543
DIN:  524306816
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306816
ECEItemSeqNum:  3775106815



Account:
Amount:  771.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73571
DIN:  524306821
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306821
ECEItemSeqNum:  3775106816



Account:
Amount:  771.00
PostDate:  20180716
Tran_ID:  524305906
CheckNum:  73571
DIN:  524306821
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN:  524306821
ECEItemSeqNum:  3775106816