# **EXHIBIT 13**

# PAYROLL JOURNAL

0021 1601-8171  Ernies Auto Detailing Inc

| EMPLOYEE NAME ID (WC CLASS) | HOURS, EARNINGS, REIMBURSEMENTS & OTHER PAYMENTS | | | | WITHHOLDINGS | | DEDUCTIONS | NET PAY ALLOCATIONS | |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | RATE | HOURS | EARNINGS | REIMB & OTHER PAYMENTS | | | | |
| (cont.) Feliz Perez, Eymon (cont.) 66 | | | | | | NJ Disability<br>NJ Unemploy<br>NJ EE Work Dev | 1.02<br>1.15<br>0.13 | | | |
| | EMPLOYEE TOTAL | | 25.00 | 300.00 | | | 35.04 | | Net Pay | 264.96 |
| rrero, Tobias 19 (8396) | Hourly | 9.5000 | 40.00 | 380.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>NJ Income Tax<br>NJ Disability<br>NJ Unemploy<br>NJ EE Work Dev | 23.56<br>5.51<br>41.40<br>5.70<br>1.29<br>1.45<br>0.16 | | Check # 7190<br>Check Amt | 300.93 |
| | EMPLOYEE TOTAL | | 40.00 | 380.00 | | | 79.07 | | Net Pay | 300.93 |
| Hernandez, Amadeo 34 (8391) | Hourly | 12.0000 | 40.00 | 480.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>NY Income Tax<br>NY Disability<br>NY Disability PFL | 29.76<br>6.96<br>31.37<br>15.69<br>0.60<br>0.60 | | Check # 7191<br>Check Amt | 395.02 |
| | EMPLOYEE TOTAL | | 40.00 | 480.00 | | | 84.98 | | Net Pay | 395.02 |
| Hernandez, Manuel 25 (8396) | Hourly<br>Overtime | 12.0000<br>18.0000 | 40.00<br>6.22 | 480.00<br>111.96 | | Social Security<br>Medicare<br>Fed Income Tax<br>NJ Income Tax<br>NJ Disability<br>NJ Unemploy<br>NJ EE Work Dev | 36.70<br>8.59<br>73.19<br>9.92<br>2.01<br>2.26<br>0.25 | | Check # 7192<br>Check Amt | 459.04 |
| | EMPLOYEE TOTAL | | 46.22 | 591.96 | | | 132.92 | | Net Pay | 459.04 |
| Isuiza, Orlando 18 (8396) | Salary | | | 500.00 | | Social Security<br>Medicare<br>Fed Income Tax<br>NJ Income Tax<br>NJ Disability<br>NJ Unemploy<br>NJ EE Work Dev | 31.00<br>7.25<br>59.40<br>8.08<br>1.70<br>1.91<br>0.21 | | Check # 7193<br>Check Amt | 390.45 |
| | EMPLOYEE TOTAL | | | 500.00 | | | 109.55 | | Net Pay | 390.45 |
| Leon Ramirez, Jon... 94 (8396) | Hourly | 10.5000 | 40.00 | 420.00 | | Social Security<br>Medicare<br>Fed Income Tax | 26.04<br>6.09<br>35.72 | | Check # 7194<br>Check Amt | 342.84 |

0021 1601-8171 Ernies Auto Detailing Inc
Run Date 08/22/17  12:58PM

Period Start - End Date  08/13/17 - 08/19/17
Check Date  08/25/17

Payroll Journal
Page 6 of 11
PYRJRN

DOL001824