# EXHIBIT 14



Account:
Amount: 738.00
PostDate: 20170825
Tran_ID: 543486991
CheckNum: 53958
DIN: 543487686
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 543487686
ECEItemSeqNum: 9131697521



Account:
Amount: 738.00
PostDate: 20170825
Tran_ID: 543486991
CheckNum: 53958
DIN: 543487686
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 543487686
ECEItemSeqNum: 9131697521



Account:
Amount: 651.00
PostDate: 20170825
Tran_ID: 545217756
CheckNum: 53674
DIN: 545217761
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 545217761
ECEItemSeqNum: 000011033010



Account:
Amount: 651.00
PostDate: 20170825
Tran_ID: 545217756
CheckNum: 53674
DIN: 545217761
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 545217761
ECEItemSeqNum: 000011033010



Account:
Amount: 623.00
PostDate: 20170825
Tran_ID: 545237186
CheckNum: 53668
DIN: 545238101
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 545238101
ECEItemSeqNum: 008670915646



Account:
Amount: 623.00
PostDate: 20170825
Tran_ID: 545237186
CheckNum: 53668
DIN: 545238101
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 545238101
ECEItemSeqNum: 008670915646



Account:
Amount: 183.00
PostDate: 20170825
Tran_ID: 545238691
CheckNum: 53673
DIN: 545240051
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 545240051
ECEItemSeqNum: 004180085416



Account:
Amount: 183.00
PostDate: 20170825
Tran_ID: 545238691
CheckNum: 53673
DIN: 545240051
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 545240051
ECEItemSeqNum: 004180085416