# **EXHIBIT 15**

**Exhibit 15**
**Excerpt of TimeStation Records for Week Ending August 20, 2017**

| Employee | Department | Mon 08/14 | Tue 08/15 | Wed 08/16 | Thu 08/17 | Fri 08/18 | Sat 08/19 | Sun 08/20 | Total Hours | Hourly Rate | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pedro Olmedo | Nielsen Doge Chrysler Jeep | 12:07 | 12:16 | 12:04 | 12:04 | 12:00 | 9:09 | 0:00 | 69:40 | 10.00 | 696.80 |
| Pedro Santana | Manheim (Skyline) | 9:20 | 5:43 | 7:41 | 7:38 | 9:06 | 0:00 | 0:00 | 39:28 | 10.00 | 394.60 |
| Pedro Santos Fermin | Holman Infiniti, Ford & Lincoln | 9:40 | 10:01 | 11:08 | 10:44 | 10:38 | 7:25 | 0:00 | 59:36 | 14.00 | 834.40 |
| Radhames Garcia | Rallye Mercedes-Benz | 10:24 | 10:20 | 10:18 | 10:50 | 9:22 | 0:00 | 0:00 | 51:14 | 10.00 | 512.30 |
| Rafael Cueto | BRAM - Warehouse (Drivers) | 9:29 | 13:02 | 13:01 | 13:19 | 12:51 | 8:05 | 0:00 | 69:47 | 12.50 | 872.25 |
| Rafael Dominguez | Infiniti of Bayside | 10:34 | 10:36 | 10:24 | 8:30 | 11:19 | 10:38 | 6:15 | 68:16 | 9.50 | 648.57 |
| Rafael Menendez | Auto Eastern Nissan of Para- NO LONGER AT JOBSITE | 0:00 | 0:00 | 0:00 | 0:00 | 8:01 | 10:39 | 0:00 | 18:40 | 10.00 | 186.70 |
| Rafael Monteroso | Rallye BMW | 9:50 | 9:55 | 8:49 | 9:56 | 9:56 | 7:37 | 0:00 | 56:03 | 11.00 | 616.55 |
| Rafael Silverio | Delassio Buick | 4:18 | 9:14 | 9:01 | 8:37 | 8:16 | 0:00 | 0:00 | 39:26 | 11.00 | 433.84 |
| Ramel Salik Kirkpatrick | Galaxy Toyota - NO LONGER AT JOBSITE | 9:43 | 9:52 | 9:57 | 9:55 | 6:06 | 0:00 | 0:00 | 45:33 | 9.50 | 432.82 |
| Ramon Alexis Castro | Enterprise (Newark) | 10:01 | 6:49 | 10:01 | 10:01 | 10:02 | 0:00 | 0:00 | 46:54 | 9.00 | 422.19 |
| Ramon Antonio Cueto | Enterprise (Newark) | 10:03 | 10:03 | 10:01 | 10:02 | 9:58 | 0:00 | 0:00 | 50:07 | 13.00 | 651.56 |
| Ramón Duran | Manheim (Skyline) | 9:53 | 6:55 | 7:38 | 7:39 | 8:58 | 0:00 | 0:00 | 41:03 | 10.50 | 431.03 |
| Ramon Duverge | Rallye BMW | 9:33 | 10:48 | 10:45 | 10:32 | 9:56 | 5:54 | 0:00 | 57:28 | | |
| Ramon Perez Nunez | Rallye Mercedes-Benz | 12:01 | 12:02 | 12:09 | 12:01 | 8:51 | 5:13 | 0:00 | 62:17 | 11.00 | 685.19 |
| Randy Patricio | Mercedes-Benz of White Plains | 11:23 | 10:50 | 10:48 | 11:00 | 10:31 | 7:31 | 0:00 | 62:03 | 10.00 | 620.50 |
| Raul German | Bay Ridge Honda | 0:00 | 0:00 | 10:00 | 10:01 | 10:03 | 8:02 | 0:00 | 38:06 | 8.50 | 323.85 |
| Raul Martinez Jimenez | Prestige Toyota-NY/Hyundai | 10:03 | 9:53 | 9:57 | 10:01 | 10:06 | 9:03 | 0:00 | 59:03 | 12.50 | 738.13 |
| Raul Soberanes | Ramsey Nissan | 12:11 | 10:02 | 9:56 | 10:03 | 12:50 | 10:02 | 0:00 | 65:04 | 10.00 | 650.50 |
| Reginal Rabel | Fette Prep Center | 10:07 | 10:00 | 9:59 | 9:56 | 10:00 | 7:03 | 0:00 | 57:05 | 10.00 | 570.80 |
| Reny Cueto Jimenez | Mercedes-Benz of White Plains | 11:22 | 10:49 | 10:46 | 11:00 | 10:30 | 7:31 | 0:00 | 61:58 | 12.00 | 743.76 |
| Reynaldo Sanchez - Manager Valet @ Service | Bay Ridge Audi Service | 8:52 | 9:07 | 8:56 | 9:02 | 8:57 | 6:42 | 0:00 | 51:36 | 11.50 | 593.40 |
| Ricardo Martinez | Rallye Mercedes-Benz | 9:29 | 10:52 | 10:29 | 10:36 | 9:56 | 5:54 | 0:00 | 57:16 | 9.50 | 543.97 |
| Rigoberto Macario | Mercedes-Benz Manhattan (North Bergen) | 8:21 | 8:29 | 8:26 | 8:23 | 8:23 | 0:00 | 0:00 | 42:02 | 11.00 | 462.33 |
| Robert Gutierrez | Mercedes-Benz of New Rochelle | 11:04 | 11:05 | 10:43 | 11:04 | 10:42 | 8:29 | 0:00 | 63:07 | 9.00 | 568.08 |
| Roberto Felix | Firestone Enterprise- NO LONGER AT JOBSITE | 10:04 | 7:56 | 9:11 | 9:25 | 9:29 | 8:32 | 0:00 | 54:37 | 11.00 | 600.71 |
| Roberto Sanchez - New Cars | Pepe Infiniti | 12:08 | 10:08 | 8:25 | 11:25 | 10:59 | 8:02 | 0:00 | 61:07 | 12.50 | 763.88 |
| Ronald Rodriguez | Clinton Honda- NO LONGER AT JOBSITE | 10:30 | 12:17 | 9:21 | 11:25 | 8:48 | 10:33 | 0:00 | 62:54 | 11.00 | 691.90 |
| Ronaldo Quezada | Manheim (Skyline) | 9:19 | 5:43 | 7:39 | 7:38 | 9:03 | 0:00 | 0:00 | 39:22 | 10.00 | 393.70 |
| Ronan Pacheco | Mercedes-Benz of Brooklyn | 13:09 | 0:00 | 14:07 | 10:52 | 11:29 | 11:50 | 0:00 | 61:27 | 13.00 | 798.85 |
| Rony Sadi Flores | Rallye BMW | 10:01 | 10:02 | 10:01 | 10:04 | 10:10 | 7:57 | 0:00 | 58:15 | 11.00 | 640.86 |
| Ruben Dario Gomez | Fette Prep Center | 10:07 | 9:59 | 10:01 | 9:56 | 10:00 | 7:03 | 0:00 | 57:06 | 13.00 | 742.30 |
| Samuel Lopez Guzman | Land Rover / Jag Monmouth - - NO LONGER AT JOBSITE | 13:30 | 13:04 | 13:04 | 13:21 | 13:01 | 9:49 | 0:00 | 75:49 | 11.00 | 834.13 |
| Samuel Orellana | Mercedes-Benz Manhattan | 7:48 | 10:07 | 5:54 | 10:21 | 8:58 | 6:19 | 0:00 | 49:27 | 12.00 | 593.52 |
| Sandro Paloguachi | Mercedes-Benz Manhattan | 9:50 | 7:51 | 9:41 | 9:43 | 8:04 | 7:11 | 0:00 | 52:20 | 16.00 | 837.28 |
| Saul Armando Rivera Garcia | Audi Monmouth - NO LONGER AT JOBSITE | 10:50 | 10:55 | 10:59 | 11:00 | 11:01 | 0:00 | 0:00 | 54:45 | 10.00 | 547.50 |
| Secundino Huz | Audi Monmouth - NO LONGER AT JOBSITE | 0:00 | 10:04 | 10:05 | 9:58 | 9:55 | 8:54 | 0:00 | 48:56 | 12.00 | 587.28 |
| Segundo M. Cubas | Auto Eastern of Hackensack -NO LONGER AT JOBSITE | 8:08 | 8:02 | 8:17 | 8:13 | 8:10 | 10:15 | 0:00 | 51:05 | 10.00 | 510.80 |
| Sergio Reyes Jimenez | Mercedes-Benz Manhattan | 7:59 | 8:59 | 9:01 | 9:09 | 10:04 | 8:02 | 0:00 | 53:14 | 13.50 | 718.61 |
| Sergio Vargas | Clinton Honda- NO LONGER AT JOBSITE | 10:31 | 10:57 | 9:21 | 11:43 | 8:39 | 10:23 | 0:00 | 61:34 | 11.50 | 708.06 |
| Silverio Cruz Linares | Manhattan Jeep Chrysler and Dodge- Car Wash | 10:43 | 10:27 | 10:15 | 10:03 | 10:30 | 9:08 | 0:00 | 61:06 | 9.00 | 549.90 |
| Socrates Luzon - Car Washer | Lexus of Queens | 11:20 | 11:18 | 11:16 | 11:15 | 11:20 | 9:08 | 0:00 | 65:37 | 11.00 | 721.71 |
| Stefan Ortiz | Rallye Mercedes-Benz | 0:00 | 8:44 | 8:42 | 8:43 | 8:34 | 0:00 | 0:00 | 34:43 | 9.50 | 329.84 |
| Steve Simancas | Bay Ridge Audi Service | 8:59 | 9:06 | 9:03 | 9:01 | 9:00 | 0:00 | 0:00 | 45:09 | 13.00 | 586.95 |
| Steven Agudelo | Pepe Infiniti | 12:00 | 12:01 | 12:03 | 12:02 | 10:58 | 7:53 | 0:00 | 66:57 | 9.00 | 602.55 |
| T. Estanislao Pierrot Sr. | BRAM - Warehouse | 0:00 | 9:34 | 9:21 | 10:01 | 9:40 | 5:57 | 0:00 | 44:33 | 9.00 | 401.04 |
| Teodoro Morataya | Audi Monmouth - NO LONGER AT JOBSITE | 9:58 | 10:00 | 10:03 | 10:00 | 6:45 | 0:00 | 0:00 | 46:46 | 10.00 | 467.70 |
| Tiffany Abraham | Madison Honda | 11:14 | 11:29 | 11:09 | 11:19 | 10:14 | 11:04 | 0:00 | 66:29 | 9.00 | 598.32 |
| **Tobias Guerrero** | **Auto Eastern Nissan of Mead -NO LONGER AT JOBSITE** | **9:11** | **9:12** | **9:12** | **8:41** | **11:33** | **11:30** | **0:00** | **59:19** | **9.50** | **563.45** |
| Tomas Nogueira | Power Wash | 9:59 | 10:07 | 10:01 | 0:00 | 9:51 | 0:00 | 0:00 | 39:58 | 9.00 | 359.73 |
| Tomas Roberto Gonzalez Munoz | Audi Monmouth - NO LONGER AT JOBSITE | 12:43 | 12:41 | 12:55 | 12:38 | 10:37 | 0:00 | 0:00 | 61:34 | 10.00 | 615.70 |
| Ulises Reyes | Mahwah Chrysler Dodge/Jeep | 10:19 | 10:06 | 10:02 | 11:55 | 10:19 | 12:04 | 0:00 | 64:45 | 10.00 | 647.60 |
| Victor Almanzar | Ramsey Nissan | 9:52 | 9:52 | 9:48 | 10:07 | 10:11 | 9:37 | 0:00 | 59:27 | 10.00 | 594.60 |
| Victor Daniel Hernandez | Pepe Infiniti | 12:02 | 12:00 | 12:02 | 12:03 | 10:59 | 7:53 | 0:00 | 66:59 | 9.00 | 602.73 |
| Victor DuDamel - Valet | Manhattan Jeep Chrysler and Dodge- Car Wash | 7:13 | 7:16 | 0:00 | 7:20 | 7:21 | 8:09 | 0:00 | 37:19 | 11.00 | 410.52 |