UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------
JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, :

        Plaintiff, :

    v. :

       No. 2:20-CV-17785 (KM) (ESK)

ERNIE'S AUTO DETAILING INC. and ERNESTO DECENA a/k/a BUENAVENTURA E. DECENA, individually, :

        Defendants. :
-------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I electronically filed a copy of the Secretary's Notice of Application for Default Judgment, Memorandum of Law in Support of the Application for Default Judgment, Declaration of Aristoteles Rodriguez with accompanying exhibits 1-15, and Proposed Judgment with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the attorneys of record.

Dated: May 11, 2023
      New York, New York

                                                /s/ Amy Tai
                                              AMY TAI